FILED

2013 DEC 16 PM 4: 22

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
                    DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil No. 1:13-cv-00937-LY |
| v. | ) | |
| | ) | |
| PATRICK J. TIMPONE, | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL AGREED JUDGMENT

The Court, having considered the agreement of the parties, the United States and Patrick J. Timpone, which resolves the United States' Complaint against Mr. Timpone, has determined that judgment should be entered consistent with the agreement.

It is therefore ORDERED and ADJUDGED that the Defendant, Patrick J. Timpone, is indebted to the United States as of September 1, 2013, in the amount of $820,308 attributable to an erroneous refund received by Mr. Timpone for the 2007 tax year. Interest will continue to accrue on the unpaid balance from September 1, 2013 until paid, as provided by section 6602 of the Internal Revenue Code.

SIGNED this _____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE

AGREED AS TO FORM AND SUBSTANCE:

Michelle C. Johns
State Bar No.: 24010135
U.S. Department of Justice, Tax Division
717 North Harwood, Suite 400
Dallas, TX 75201
Telephone (214) 880-9762
Facsimile (214) 880-9741
michelle.c.johns@usdoj.gov

ATTORNEY FOR UNITED STATES
OF AMERICA


John McDuff
State Bar No.: 13577500
The Law Office of John McDuff, P.C.
100 Congress Avenue, Suite 2100
Austin, Texas 78701
Telephone (512) 457-1177
Facsimile (512) 457-1176

ATTORNEY FOR DEFENDANT,
PATRICK J. TIMPONE